*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DONALD TUCKER                                                                                              PLAINTIFF

vs.                                          CASE NO. 5:09cv00171 JMM

GERALD ROBINSON                                                                                        DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray, the Court finds that this case should be dismissed. The bench trial scheduled June 28, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE